# United States District Court
### for the
### Western District of New York

| | |
|---|---|
| United States of America<br>v.<br>**WALKER S. KLEIMAN,**<br>*Defendant* | Case No. 25-MJ- 575 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about and between May 10, 2025 and May 17, 2025, in the County of Monroe, in the Western District of New York, and elsewhere, the defendant violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 875(c) | Transmission in interstate or foreign commerce of communications containing a threat to injure the person of another. |

This Criminal Complaint is based on these facts:
See attached affidavit.

☒ Continued on the attached sheet.

*[signature]*
JOSHUA E. BURCH, Postal Inspector
United States Postal Inspection Service

Affidavit and Criminal Complaint submitted electronically by email in .pdf format. Oath administered, and contents and signature, attested to me as true and accurate telephonically pursuant to Fed.R.Crim.P. 4.1 and 4(d) on:

Date: May 19, 2025

City and State: Rochester, New York

*[signature]*
HON. MARK W. PEDERSEN
UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

      v.                                                  25-MJ-575

WALKER S. KLEIMAN

                  Defendant.

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Joshua E. Burch, United States Postal Inspector, being duly sworn, depose and state:

1.     I am a United States Postal Inspector assigned to the Boston Division (Rochester, NY Field Office) of the United States Postal Inspection Service ("Inspection Service") and have been so employed since January 2007. Prior to June 2018, I was assigned to the Prohibited Mail and Narcotics Team in Wilmington, DE, where I was assigned to the DEA Drug Task Force and Diversion Group and Delaware Joint Terrorism Task Force. Prior to January 2012, I was assigned to the Prohibited Mail and Narcotics team in Baltimore, MD, which targeted narcotics and narcotics proceeds sent via the U.S. Mail.

2.     I am currently assigned to the Rochester NY USPIS Multi-Function Team and assigned to Workplace Violence investigations and Mail Theft. The Workplace Violence assignment provides security for US Postal Service (USPS) facilities and its employees. The assignment completes threat assessments and investigations of internal/external threats against

USPS. I receive investigative leads based on law enforcement referrals and activities, referrals and information from USPS Management and employees at all levels of the organization.

3.  I submit this affidavit in support of a criminal complaint charging WALKER S. KLEIMAN with violations of Title 18, United States Code, Section 875(c) (transmitting in interstate commerce threats to injure the persons of others).

## PROBABLE CAUSE

4.  On May 13, 2025, I was contacted by USPS Management in Rochester NY regarding USPS employee Walker Kleiman and his recent online posts and videos. Kleiman is currently employed by USPS as a mail carrier at the Panorama Post Office in Penfield. Kleiman has been employed for approximately one year. Various USPS employees notified USPS management about videos and posts from Kleiman's online profile on Snapchat and TikTok[1] which were followed by his fellow employees. The videos and screenshots were provided to me for investigation. As more fully set forth below, from approximately May 10 to May 17, 2025, Kleiman has been posting various videos and images wherein he has threatened to kill or injure postal employees and members of the public and "shoot up" schools.

**Kleiman's Efforts to Purchase a Gun and His Threat to "Shoot Up a School"**

5.  On or about May 10, 2025, Kleiman posted live feed from his TikTok profile "newspeciestodiscover". The video is approximately 22 seconds in length and shows a time of

---

[1] Snapchat is a multimedia messaging app where users can post photos, video and text. TikTok is a social media platform where users can create, share and watch short videos. Both companies have their servers outside New York State and, thus, all threats by Kleiman on such platforms as discussed below crossed interstate lines.

2

4:34. In the video, Kleiman uses an "image-filter" on his face, with red and blue triangles and makeup that make his face appear to be a clown or the Joker. Kleiman asks in the video "if any of you n----rs[2] have a fully automatic gun that I can buy with the serial numbers scratched off obviously? I have like two-grand and that might not be enough for most fully automatic but one of you have to have something."

6. On May 14, 2025, at approximately 11:30am, agents contacted relatives of Kleiman, who then began endeavoring to contact him. At approximately 12:17 p.m., Kleiman had the following conversation with a close relative via texts. Copies of the text were provided to me.

7. The conversation consisted of:

Kleiman's Relative (KR): I heard you were trying to buy a gun. Don't do that to me.

Kleiman: I actually bought a flamethrower (laughing emoji)

KR: That's ridiculous. Why?

Kleiman: It was on the tik tok shop. I'm gonna use it to burn down the post office.

8. At this point, the postal inspector's office obtained an emergency ping order on Kleiman's phone. USPIS contacted Monroe County Sheriff's Office (MCSO) and MCSO Investigator Thomsen for assistance in the investigation. MCSO analysts began to monitor and retain Kleiman's online activity.

9. Thereafter, law enforcement obtained a copy of another post by Kleiman posted on or about May 14 which read: "Where's the nearest school so I can shoot it up."

---

[2] Kleiman spelled out the racial slur in his post.

3



10.     Given Kleiman's other posted threats, the Monroe County Sheriff's Office (MCSO) deemed this post to be an active threat to schools in the direct area of where Kleiman was located. Because schools were in session at the time that MCSO became aware of the threats, the Sheriff's Office sent patrol vehicles to schools in the area where the emergency Ping indicated Kleiman was located. This continued until schools were out of session.

11.     On May 14, 2025, at approximately 2:58 p.m. a ping showed Walker Kleiman's device to be in the area of 1981 Clover St in Brighton near the Harley School. Due to threats of violence towards schools, MCSO deputies, Brighton Police and NYSP checked these locations for Walker Kleiman with negative results.

### Kleiman's purchase of a flame thrower and his threats to use it to injure persons

12.     On May 14, 2025, at approximately 4:34 p.m., Postal Inspector Troy Reyes texted Kleiman on Kleiman's phone. Postal Inspector Reyes asked for Kleiman to call him. Kleiman responded with "I'm good n----r" with a laughing emoji next to it. Postal Inspector Reyes texted Kleiman "Until further notified, no need to report to work. Please stay off postal property. You should receive communication via the mail regarding your employment status, Take care! Kleiman responded with "I'll be there with my flamethrower at 7:30 sharp".

13.     On the same day that Kleiman texted, as set forth above, that he would come to the post office with a flame thrower, I was further provided a photo posting by Kleiman on his SnapChat account, that being walkin1212, using the Joker filter and with a caption underneath that stated "If any n----rs get in my way I will be carrying a flamethrower while delivering the mail and you will be incinerated" with a laughing emoji next to it.



14.     The Monroe County Sheriff's Office and I continued the investigation. At approximately 8:10 p.m. on May 14, the Ping on Kleiman's device showed him in the area of the trailer park located near Sebastian Drive and Ewald Drive in Penfield NY. MCSO deputies arrived in the area and observed Kleiman in his vehicle. Kleiman drove from this location and was followed until he could be safely traffic stopped. Kleiman stopped his vehicle on RT 441 in Penfield NY and was taken into custody without incident and Mental Hygiene arrested and transported to Rochester General Hospital.

15.     On May 15, 2025, Monroe County Supreme Court Judge Moran signed a Temporary Extreme Risk Protection Order (TERPO) NY CPLR § 6342. Under this TERPO, Judge Moran gave authority to the Monroe County Sheriff's Office to search Walker Kleiman's apartment located at 109 Bobrich Drive APT G Rochester NY.  Upon entering the apartment building Sgt. Zimmerman (MCSO) observed a package outside the door of Kleiman's apartment. The parcel was addressed to Walker Kleiman, 109 Bobrich Drive G Rochester NY 14610.

16.     The parcel was seized, and a search warrant was obtained for the parcel. Upon executing the warrant, and consistent with Kleiman's threats to purchase and use a flame thrower, officers found a flame thrower type torch, photos of which are set forth below:



7

17. On May 15, 2025, Kleiman was released from General Hospital. Kleiman continued to post derogatory videos, using racial slurs and taunting the Police. He called 911 several times from his apartment at 109 Bobrich Drive G Rochester NY 14610. The police responded several times, and he refused to make contact with Officers/Deputies at the door. Kleiman was contacted by phone at 585-599-8738 however he refused to cooperate with Police. The Monroe County Sheriff's Office maintained surveillance on Kleiman at his apartment, as he was deemed an active potential threat to the community and has pending charges for Making a Threat of Mass Harm.

18. On May 16, while police were still attempting to make contact with Kleiman, he posted on SnapChat "next person who knocks on my door is spending eternity in hell."

19. On May 17, at approximately 3:53 a.m., Kleiman exited his apartment, and MCSO Deputies attempted to take him into custody. He resisted arrest and tried to run away

from the police. When the deputies caught up to him, he continued to resist, requiring the deputies to use their taser.

## CONCLUSION

20.     Based on the foregoing information, there is probable cause to believe that in the Western District of New York, WALKER KLEIMAN, on or about and between May 10 to May 17, transmitted in interstate commerce threats to injure the persons of others, all in violation of Title 18, United States Code, Section 875(c).

_____
Joshua E. Burch
United States Postal Inspector

Affidavit and Criminal Complaint submitted electronically
and signature attested to me and before me as true and accurate
telephonically pursuant to Fed. R. Crim.P. 4.1 and 4(d)
on May 19, 2025.

_____
MARK W. PEDERSEN
United States Magistrate Judge

9