**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

**United States of America,**

Plaintiff,

v.

**Walker S. Kleiman,**

Defendant.

**ORDER**

25-mj-575-MJP-1

**Pedersen, M.J.** Based on the evidence presented at today's competency hearing, the Court "finds by a preponderance of the evidence that . . . [D]efendant has recovered to such an extent that he is able to understand the nature and consequences of the proceedings against him and to assist properly in his defense." 18 U.S.C. § 4241(e). Accordingly, the Court orders Defendant "discharge[d] from the facility in which he is hospitalized." *Id.*

To the extent practicable, the Court requests that upon Defendant's discharge the United States Marshal Service arrange for Defendant to be housed at the Monroe County Jail in Rochester, New York.

**IT IS SO ORDERED.**

Dated: September 2, 2026
Rochester, NY

*/s/ Mark W. Pedersen*
MARK W. PEDERSEN
United States Magistrate Judge